JUNG v. SOCIÉTÉ ANONYME DE LA DISTILLERIE DE LA LIQUEUR BENEDICTINE DE L'ABBAYE DE FECAMP et al.

(Circuit Court of Appeals, Fifth Circuit. April 30, 1917.)

No. 2941.

TRADE-MARKS AND TRADE-NAMES ⬅95(3)—UNFAIR COMPETITION—IMITATION OF LABELS—INJUNCTION.

A preliminary injunction, restraining infringement of complainant's liquor label, should not be so broad as to prevent defendant from truthfully stating on this label the ingredients of his liquor; the statement being so made as not to constitute an imitation of complainant's label.

[Ed. Note.—For other cases, see Trade-Marks and Trade-Names, Cent. Dig. § 108.]

Appeal from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge.

Suit in equity by the Société Anonyme de la Distillerie de la Liqueur Benedictine de L'Abbaye de Fecamp and others against Louis Emanuel Jung. From an order granting a preliminary injunction, defendant appeals. Modified and affirmed.

William C. Dufour, H. Generes Dufour, Charles J. Théard, and Delvaille H. Théard, all of New Orleans, La., for appellant.

Irving R. Saal, of New Orleans, for appellees.

Before PARDEE, WALKER, and BATTS, Circuit Judges.

PER CURIAM. From our examination of the case we conclude that the preliminary injunction was properly issued, but as its language may be construed to restrain all use by the appellant of the words "Carduus Benedictus Herb," and as he has a right to make a truthful statement of the herbs from which his liquor is distilled, if the statement is not so made as to constitute an imitation of a label of appellees, the injunction will be amended by adding:

"This injunction, however, is not to be construed as preventing defendant from truthfully stating on a label that his liquor is made from Carduus Benedictus herbs; the statement being so made as not to constitute an imitation of a label of appellees."

The injunction issued in the case will be modified in this respect, and, as so modified, the decree is affirmed.